Daven Patton
3517 St. Thomas Blvd Apt B
Indianapolis, In 46214
317-500-7534
Daven0726@gmail.com

FILED
9:25 am, Jun 23, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States District Court

Southern District of Indiana

PLAINTIFF'S NAME,

Plaintiff, Daven A. Patton

vs.

DEFENDANT'S NAME,

Defendants Indiana University Board of Trustees, Defendant Indiana University Police Department, Defendant Monroe County Prosecutors Office, Defendant Lori Reesor, Defendant Rebecca A. Schuml, , Defendant Bobby Thompson, Defendant Jeff Kehr

Case No.: 1:20-cv-01583-JRS-DLP

NOTICE OF MOTION TO CONSOLIDATE

Daven Patton

**NOTICE OF MOTION TO CONSOLIDATE PURSUANT LOCAL RULED 42-1**

The Plaintiff has moved the Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to consolidate the following cases: *Patton vs Indiana University Board of trustees et al (*1:20-cv-00699-TWP-MJD *filed 3/3/2020),* and *Patton vs Indiana University Board of trustees et al (1:20-cv-01583-JRS-DLP filed 6/8/2020)* under the lead case *Patton vs Indiana University Board of trustees et al (1:20-cv-00699-TWP-MJD filed 3/3/2020).* The plaintiff moves for consolidation of pre-trial proceedings and trial, but not consolidation for the purposes of judgment and appeal.

Daven Patton